01
02
03
04
05

06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 UNITED STATES OF AMERICA,                )   CASE NO. CR01-036-MJP
                                            )
09        Plaintiff,                        )
                                            )
10        v.                                )   SUMMARY REPORT OF U.S.
                                            )   MAGISTRATE JUDGE AS TO
11 KEVIN LINDSAY STOTTS,                    )   ALLEGED VIOLATIONS
                                            )   OF SUPERVISED RELEASE
12        Defendant.                        )
   _____ )

13

14        An initial hearing on supervised release revocation in this case was scheduled before me

15 on December 14, 2006. The United States was represented by AUSA Kathryn Warma and the

16 defendant by Walter Palmer. The proceedings were digitally recorded.

17        Defendant had been sentenced on or about July 13, 2001 by the Honorable Marsha J.

18 Pechman on charges of Conspiracy to Possess Stolen Mail; Possession of Counterfeit Postal Key;

19 Possession of Stolen Mail Matter; and Production of False Identification Documents, and

20 sentenced to 46 months custody, 3 years supervised release. (Dkt. 61).

21        The conditions of supervised release included the standard conditions plus the requirements

22 that defendant be prohibited from possessing a firearm, submit to mandatory drug testing,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01 participate in a substance abuse program, abstain from alcohol, submit to search, pay restitution

02 in the amount of $76,816.93, provide access to financial information, allow inspection of any

03 personal computer, notify his probation officer of any software, no new credit, do not possess

04 identification in any but defendant's true identity, provide financial information upon request, and

05 pay all tax liabilities.

06 Defendant's probation officer reported that Mr. Stotts had violated his conditions of

07 supervised release on or before March 6, 2005 by consuming alcohol.   Defendant was

08 reprimanded, referred for substance abuse assessment, and placed in a structured testing program.

09 No further action was taken at that time. (Dkt. 120.)

10 In an application dated November 24, 2006 (Dkt 129), U.S. Probation Officer Michael J.

11 Larson alleged the following violations of the conditions of supervised release:

12 1. Associating with a convicted felon, namely Doug White, without the approval of

13 the probation office beginning in or about the spring of 2004 and continuing through on or about

14 November 14, 2005, in violation of standard condition number nine.

15 2. Consuming alcohol beginning in or about April 2005 and continuing through

16 October 2006, in violation of the special conditions of supervised release.

17 3. Failing to pay restitution in the amount of $76,816.93 in full during the period of

18 supervision, in violation of the special conditions of supervised release.

19 Defendant was advised in full as to those charges and as to his constitutional rights.

20 Defendant admitted the alleged violations and waived any evidentiary hearing as to

21 whether they occurred.

22 / / /

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01      I therefore recommend the Court find defendant violated his supervised release as alleged,

02  and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be

03  set before Judge Pechman.

04      Pending a final determination by the Court, defendant has been released on the conditions

05  of supervision.

06      DATED this <u>14th</u> day of December, 2006.

07

08                        Mary Alice Theiler
                             United States Magistrate Judge

09

10

11  cc:    District Judge:         Honorable Marsha J. Pechman
         AUSA:               Kathryn Warma

12         Defendant's attorney:    Walter Palmer
         Probation officer:       Michael J. Larson

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3